STEIN & LUBIN LLP
Manuel A. Martinez (SBN 115075)
Dennis D. Miller (SBN 138669)
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone: (415) 981-0550
Facsimile: (415) 981-4343
mmartinez@steinlubin.com
dmiller@steinlubin.com

Attorneys for Third-Party Defendant and Counter-Claimant
COUDERT BROTHERS LLP

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION LOS ANGELES

| | |
|---|---|
| DAVID K. GOTTLIEB, in his capacity as Chapter 7 Trustee for the INTERNATIONAL PHILANTHROPIC HOSPITAL FOUNDATION fdba Granada Hills Community Hospital,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STEVEN HICKS, et al.,<br><br>　　　　Defendants. | Case No. CV 04-07318-JVS-SS<br><br>**ORDER OF DISMISSAL OF ACTION** |
| AND RELATED CROSS-CLAIMS AND THIRD PARTY CLAIMS | |

Pursuant to the terms of the Stipulation Between David K. Gottlieb And Coudert Brothers LLP/Development Specialists, Inc. For Dismissal of Action, (the "Stipulation") and good cause appearing therefor,

23510003/394205v1　　　　1　　　　Case No. CV 04-07318-JVS-SS

ORDER RE DISMISSAL

1   IT IS HEREBY ORDERED THAT the Stipulation is approved and the
2  above-captioned action is dismissed with prejudice pursuant to Federal Rule of
3  Civil Procedure 41(a)(1)(A)(ii).

Dated:   August 14, 2009

_____
UNITED STATES DISTRICT COURT JUDGE

23510003/394205v1

2

Case No. CV 04-07318-JVS-SS

ORDER RE DISMISSAL